JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                        U.S. District Court

**Place of Offense:**     Under Seal: Yes ___ No x ___    Judge Assigned: __TSE__

City _____ Superseding Indictment _____ Criminal Number: 1:19cr __253__

County/Parish __Prince William__ Same Defendant _____ New Defendant __x__

               Magistrate Judge Case Number _____ Arraignment Date: _____

               Search Warrant Case Number _____

               R 20/R 40 from District of _____

               Related Case Name and No: _____

Defendant Information:

Juvenile --Yes ___ No X __ FBI # __107849WC4__

**Defendant Name:** KRISTOPHER LEE DALLMANN     Alias Name(s) _____

**Address:** Las Vegas, NV 89147

**Employment:** _____

**Birth date** 1982    **SS#** 5121    **Sex** M **Def Race** White    Nationality _____ Place of Birth North Dakota

**Height** 5'09    **Weight** 160    **Hair** Brown    **Eyes** Blue    Scars/Tattoos _____

    **Interpreter:** X No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    x ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    x ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

Defense Counsel Information:

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

    Alexander P. Berrang        703-299-3769

AUSA   Matthew Lamberti    Telephone No:   202-514-1026      Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Clay S. Chase, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 | 17 U.S.C. §§ 506(a)(1)(A) and 106(1) and (3); 18 U.S.C. § 2319(b)(3) and 2 | Criminal Copyright Infringement by Reproduction or Distribution or Aiding and Abetting | 2-3 | Felony |
| Set 3 | 17 U.S.C. §§ 506(a)(1)(A) and (3) and 106(4); 18 U.S.C. § 2319(b)(3) and 2 | Criminal Copyright Infringement by Public Performance and Aiding and Abetting | 4-5 | Felony |

(May be continued on reverse)

Date: August 26, 2019     Signature of AUSA: _/s/ Alexander P. Berrang_

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                U.S. District Court

**Place of Offense:**        Under Seal: Yes ___ No x ___    Judge Assigned: __TSE__

City _____ Superseding Indictment _____ Criminal Number: 1:19cr **253**

County/Parish __Prince William__ Same Defendant _____ New Defendant __x__

                       Magistrate Judge Case Number _____ Arraignment Date: _____

                       Search Warrant Case Number _____

                       R 20/R 40 from District of _____

                       Related Case Name and No: _____

**Defendant Information:**

Juvenile – Yes ___ No __X__    FBI # __425417PB0__

**Defendant Name:** DARRYL JULIUS POLO    Alias Name(s) __djppimp__

**Address:** Las Vegas NV 89147

**Employment:** _____

**Birth date** 1983   **SS#** 2515   **Sex** M   **Def Race** White   Nationality _____   Place of Birth United States

**Height** 5'09   **Weight** 220   **Hair** Brown   **Eyes** Hazel   Scars/Tattoos _____

Interpreter: X No ___ Yes   List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   x Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   x Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

**Defense Counsel Information:**

Name: _____   ___ Court Appointed   Counsel conflicted out: _____

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

AUSA Alexander P. Berrang           703-299-3769

AUSA Matthew Lamberti   Telephone No: 202-514-1026    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Clay S. Chase, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 | 17 U.S.C. §§ 506(a)(1)(C); 18 U.S.C. § 2319(d)(2) and 2 | Criminal Copyright Infringement by Distributed a Copyrighted Work Being Prepared for Commercial Distribution and Aiding and Abetting | 6-7 | Felony |
| Set 3 | 17 U.S.C. §§ 506(a)(1)(A) and (3); 18 U.S.C. § 2319(b)(3) and 2 | Criminal Copyright Infringement by Reproduction or Distribution and Aiding and Abetting | 8-9 | Felony |

(May be continued on reverse)

Date: August 26, 2019     Signature of AUSA: _Alexander P. Berrang_

JS 45 (01/2008)

**FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

Criminal Case Cover Sheet                                                                                             U.S. District Court

**Place of Offense:**         Under Seal: Yes ___ No x      Judge Assigned: __ELLIS__
City _____             Superseding Indictment ___     Criminal Number: 1:19cr-253
County/Parish _Prince William_  Same Defendant ___         New Defendant   x
                             Magistrate Judge Case Number ___    Arraignment Date: ___
                             Search Warrant Case Number ___
                             R 20/R 40 from District of ___
                             Related Case Name and No: ___

Defendant Information:

Juvenile --Yes ___ No X   FBI # _____
**Defendant Name:** DOUGLAS COURSON      Alias Name(s) _____
**Address:** 2216 Tona Cir., Las Vegas, NV 89169
**Employment:** _____
**Birth date** 09/19/1959 SS# 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 Sex M Def Race ___   Nationality ___   Place of Birth ___
**Height** ___ **Weight** ___ **Hair** ___ **Eyes** ___   Scars/Tattoos ___
   Interpreter: X No ___ Yes List language and/or dialect: ___   Automobile Description ___

Location Status:

Arrest Date _____
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody      ___ On Pretrial Release     x   Not in Custody
___ Arrest Warrant Requested      ___ Fugitive                x   Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought        ___ Bond

Defense Counsel Information:

Name: _____                   ___ Court Appointed        Counsel conflicted out: _____
Address: _____                ___ Retained
Telephone: _____              ___ Public Defender        Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

   Alexander P. Berrang           703-299-3769
AUSA  Matthew Lamberti   Telephone No:  202-514-1026          Bar # _____
Complainant Agency, Address & Phone Number or Person & Title:
Clay S. Chase, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: August 26, 2019        Signature of AUSA:   _Alexander P. Berrang_

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet U.S. District Court

**Place of Offense:** Under Seal: Yes ___ No x   Judge Assigned: _Ellis_
City _____ Superseding Indictment ___   Criminal Number: 1:19cr - _253_
County/Parish _Prince William_ Same Defendant ___   New Defendant x
Magistrate Judge Case Number ___   Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___
Related Case Name and No: ___

**Defendant Information:**
Juvenile — Yes ___ No X   FBI # _308043VB0_
**Defendant Name:** _FELIPE GARCIA_   Alias Name(s) ___
**Address:** _Las Vegas, NV 89110_
**Employment:** ___
**Birth date** _1982_   SS# _0437_   Sex _M_ Def Race ___   Nationality ___   Place of Birth _California_
**Height** _5'08_   Weight _137_   Hair _Black_   Eyes _Brown_   Scars/Tattoos ___
**Interpreter:** X No ___ Yes   List language and/or dialect: ___   Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   x Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   x Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

**Defense Counsel Information:**
Name: ___   ___ Court Appointed   Counsel conflicted out: ___
Address: ___   ___ Retained
Telephone: ___   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
  Alexander P. Berrang   703-299-3700
AUSA _Matthew Lamberti_   Telephone No: 202-514-1026   Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Clay S. Chase, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _August 26, 2019_   Signature of AUSA: _Alexander P. Berrang_ (signature)

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                                      U.S. District Court

**Place of Offense:**        Under Seal: Yes ___ No x     Judge Assigned: __TSE__
City _____        Superseding Indictment ___     Criminal Number: 1:19cr **253**
County/Parish Prince William    Same Defendant ___     New Defendant  x
                       Magistrate Judge Case Number ___   Arraignment Date: ___
                       Search Warrant Case Number ___
                       R 20/R 40 from District of ___
                       Related Case Name and No: ___

Defendant Information:
Juvenile — Yes ___ No X   FBI # 729979VD6
Defendant Name: JARED EDWARD JAUREQUI   Alias Name(s) Jared Edwards
Address: Las Vegas, NV 89169
Employment: ___
Birth date 1981   SS# 9984   Sex M Def Race ___   Nationality ___   Place of Birth United States
Height 5'10   Weight 170   Hair Black   Eyes Brown   Scars/Tattoos ___
   Interpreter: X No ___ Yes List language and/or dialect: ___   Automobile Description ___
Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody      ___ On Pretrial Release    x  Not in Custody
___ Arrest Warrant Requested      ___ Fugitive               x  Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name: ___                   ___ Court Appointed        Counsel conflicted out: ___
Address: ___                ___ Retained
Telephone: ___              ___ Public Defender        Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
   Alexander P. Berrang    703-299-3700
AUSA Matthew Lamberti   Telephone No: 202-514-1026    Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:
Clay S. Chase, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: August 26, 2019        Signature of AUSA:  *Alexander P. Berrang* (signature)

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                              U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No x___     Judge Assigned: TSE

City _____     Superseding Indictment ___     Criminal Number: 1:19cr 253

County/Parish Prince William    Same Defendant ___     New Defendant   x___

Magistrate Judge Case Number ___     Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

Defendant Information:

Juvenile --Yes ___ No X   FBI # 641581NC5

Defendant Name: PETER H. HUBER     Alias Name(s) ___

Address: Las Vegas, NV

Employment: ___

Birth date 1957   SS# 1514   Sex M   Def Race ___   Nationality ___   Place of Birth Romania

Height 5'07   Weight 159   Hair Gray   Eyes Brown   Scars/Tattoos ___

Interpreter: X No ___ Yes   List language and/or dialect: ___   Automobile Description ___

Location Status:

Arrest Date ___

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody   ___ On Pretrial Release   x   Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   x   Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:

Name: ___               ___ Court Appointed    Counsel conflicted out: ___

Address: ___            ___ Retained

Telephone: ___          ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

    Alexander P. Berrang          703-299-3700
AUSA  Matthew Lamberti   Telephone No:  202-514-1026       Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:

Clay S. Chase, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

|       | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|------------------|-------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 371  | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 |                  |                               |          |                           |
| Set 3 |                  |                               |          |                           |

(May be continued on reverse)

Date: August 26, 2019      Signature of AUSA:  _[signature]_

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet             U.S. District Court

**Place of Offense:**    Under Seal: Yes ___ No x    Judge Assigned: __TSE__

City _____ Superseding Indictment _____ Criminal Number: 1:19cr **253**

County/Parish Prince William    Same Defendant _____ New Defendant __x__

     Magistrate Judge Case Number _____ Arraignment Date: _____

     Search Warrant Case Number _____

     R 20/R 40 from District of _____

     Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No __X__ FBI # _____

**Defendant Name:** YOANY VAILLANT    Alias Name(s) Yoany Vaillant Fajardo

**Address:** Las Vegas, NV

**Employment:** _____

**Birth date** 1981    SS# 7182    Sex M Def Race _____ Nationality _____ Place of Birth _____

**Height** _____ **Weight** _____ **Hair** _____ **Eyes** _____ **Scars/Tattoos** _____

   Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

**Arrest Date** _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    x Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    x Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

   Alexander P. Berrang    703-299-3700

AUSA Matthew Lamberti    Telephone No: 202-514-1026    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Clay S. Chase, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: August 26, 2019    Signature of AUSA: *Alexander P. Berrang*

JS 45 (01/2008)

**REDACTED**

| | |
|---|---|
| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:** Under Seal: Yes ___ No x   Judge Assigned: __TSE__

City _____ Superseding Indictment _____ Criminal Number: 1:19cr __253__

County/Parish __Prince William__   Same Defendant _____   New Defendant __x__

Magistrate Judge Case Number _____   Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No __X__   FBI # __185024EC3__

**Defendant Name:** __LUIS ANGEL VILLARINO__   Alias Name(s) _____

**Address:** __Las Vegas, NV 89147__

**Employment:** _____

**Birth date** __1979__   SS# __0414__   Sex __M__ Def Race __White__   Nationality _____ Place of Birth __Cuba__

**Height** __5'09__   **Weight** __155__   **Hair** __Black__   **Eyes** __Brown__   Scars/Tattoos _____

Interpreter: __X__ No ___ Yes List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____
___ Already in State Custody   ___ On Pretrial Release   __x__ Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   __x__ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

**Defense Counsel Information:**

Name: _____   ___ Court Appointed   Counsel conflicted out: _____
Address: _____   ___ Retained
Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**

Alexander P. Berrang   703-299-3700
AUSA   Matthew Lamberti   Telephone No:   202-514-1026   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Clay S. Chase, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: __August 26, 2019__   Signature of AUSA: _[signature]_