AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KRISTOPHER LEE DALLMANN<br>_____<br>*Defendant* | )<br>)<br>)  Case No. 1:19cr253<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 301 |
|---|---|---|
| | | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement (Violation of Title 18, United States Code, Section 371); Criminal Copyright Infringement by Reproduction or Distribution and Aiding and Abetting (Violation of Title 17, United States Code, Sections 506(a)(1)(A) and 106(1) and (3); Title 18, United States Code, Section 2319(b)(3) and 2); Criminal Copyright Infringement By Public Performance and Aiding and Abetting (Violation of Title 17, United States Code, Sections 506(a)(1)(A) and 106(4); Title 18, United States Code, Sections 2319(b)(3) and 2); Money Laundering and Aiding and Abetting (Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and B(i) and 2); Money Laundering and Aiding and Abetting (Violation of Title 18, United States Code, Sections 1956(a)(3)(A) and (B) and 2).

Date: 8/28/19

_____
*Issuing officer's signature*

_____
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DARRYL JULIUS POLO<br>a/k/a djppimp<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 1:19cr253<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 301 |
|---|---|
| | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:
Conspiracy to Commit Criminal Copyright Infringement (Violation of Title 18, United States Code, Section 371); Criminal Copyright Infringement by Distributing a Copyrighted Work Being Prepared for Commercial Distribution and Aiding and Abetting (Violation of Title 17, United States Code, Sections 506(a)(1)(C); Title 18, United States Code, Section 2319(d)(2) and 2); Criminal Copyright Infringement by Reproduction or Distribution and Aiding and Abetting (Violation of Title 17, United States Code, Sections 506(a)(1)(A) and 106(1) and (3); Title 18, United States Code, Section 2319(b)(3) and 2); Criminal Copyright Infringement by Public Performance and Aiding and Abetting (Violation of Title 17, United States Code, Sections 506(a)(1)(A) and 106(4); Title 18, United States Code Sections 2319(b)(3) and 2); Money Laundering and Aiding and Abetting (Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i) and 2); Money Laundering and Aiding and Abetting (Violation of Title 18, United States Code, Sections 1956(a)(3)(A) and (B) and 2).

Date: 8/28/19

_____
*Issuing officer's signature*

_____
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| DOUGLAS M. COURSON | ) Case No. 1:19cr253 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 301 |
|---|---|
| | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement
(Violation of Title 18, United States Code, Section 371)

Date: 8/28/19

_____
*Issuing officer's signature*

_____
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| FELIPE GARCIA | ) Case No. 1:19cr253 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 301 |
|---|---|
| | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement
(Violation of Title 18, United States Code, Section 371)

Date: 8/28/19

_____
Issuing officer's signature

_____
Printed name and title

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

_____
Server's signature

_____
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JARED EDWARD JAUREQUI<br>a/k/a Jared Edwards<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 1:19cr253<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 301 |
|---|---|---|
| | | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement
(Violation of Title 18, United States Code, Section 371)

Date: 8/28/19

*Issuing officer's signature*

*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>PETER H. HUBER<br><br>_Defendant_ | )<br>)<br>)<br>)  Case No. 1:19cr253<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA  22314 | Courtroom No.: 301 |
|---|---|
| | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement
(Violation of Title 18, United States Code, Section 371)

Date: 8/28/19

_Issuing officer's signature_

_Printed name and title_

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| YOANY VAILLANT<br>a/k/a Yoany Vaillant Fajardo | ) Case No. 1:19cr253 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA  22314 | Courtroom No.: 301 |
|---|---|
| | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement
(Violation of Title 18, United States Code, Section 371)

Date: 8/28/19

_____
*Issuing officer's signature*

_____
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| LUIS ANGEL VILLARINO | ) Case No. 1:19cr253 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 301 |
|---|---|
| | Date and Time: 9/25/19 at 2:00pm |

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement
(Violation of Title 18, United States Code, Section 371)

Date: 8/28/19

_____
*Issuing officer's signature*

_____
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*