AO 83 (Rev 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
SEP 23 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) |
|---|---|
| v. | ) |
| KRISTOPHER LEE DALLMANN | ) Case No. 1:19cr253 |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

Place: U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

Courtroom No.: 301
Date and Time: 9/25/19 at 2:00pm

This offense is briefly described as follows:

Conspiracy to Commit Criminal Copyright Infringement (Violation of Title 18, United States Code, Section 371); Criminal Copyright Infringement by Reproduction or Distribution and Aiding and Abetting (Violation of Title 17, United States Code, Sections 506(a)(1)(A) and 106(1) and (3); Title 18, United States Code, Section 2319(b)(3) and 2); Criminal Copyright Infringement By Public Performance and Aiding and Abetting (Violation of Title 17, United States Code, Sections 506(a)(1)(A) and 106(4); Title 18, United States Code, Sections 2319(b)(3) and 2); Money Laundering and Aiding and Abetting (Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and B(i) and 2); Money Laundering and Aiding and Abetting (Violation of Title 18, United States Code, Sections 1956(a)(3)(A) and (B) and 2).

Date: 8/28/19

_J. Lanham_ , _Deputy Clerk_
Printed name and title

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 9/13/2019
1st Endeavor: 9/13/2019 @ 1040 hrs
Unsuccessful, No answer at home

Ronald T Goff / DUSM
Printed name and title

UNITED RECEIVED
2019 AUG 28 PM 12:45
E. MARSHAL