IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, | |
| DARRYL JULIUS POLO,<br>a/k/a djppimp, | |
| DOUGLAS M. COURSON, | |
| FELIPE GARCIA, | |
| JARED EDWARD JAUREQUI,<br>a/k/a Jared Edwards, | |
| PETER H. HUBER, | |
| YOANY VAILLANT,<br>a/k/a Yoany Vaillant Fajardo, | |
| LUIS ANGEL VILLARINO, | |
| *Defendants.* | |

## ORDER AUTHORIZING ALTERNATIVE PROCEDURES
## FOR VICTIM NOTIFICATION

Having reviewed the United States' Motion for an Order Authorizing Alternative Procedures for Victim Notification and good cause being shown:

**IT IS ORDERED** that the United States' motion is **GRANTED**. The United States shall provide any notifications required by 18 U.S.C. § 3771 to the pool of potential victims in the above-captioned case through the Internet.

**IT IS FURTHER ORDERED** that the United States shall post a link on the Department of Justice's website for large cases, located at http://justice.gov/largecases, that will direct potential victims to a website under the government's control that will contain all case-specific notifications required by 18 U.S.C. § 3771. In the event the above-captioned matter results in convictions, the United States shall satisfy its notification obligations through the Bureau of Prisons' website, www.bop.gov.

**SO ORDERED.**

Date: 9/24/19

The Honorable T.S. Ellis, III
United States District Judge