IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.  Criminal No: 1:19-CR-00253-TSE

KRISTOPHER LEE DALLMAN,
    Defendant.

**MOTION BY DEFENDANT KRISTOPHER LEE DALLMAN TO APPEAR FOR STATUS HEARING BY VIDEO TELE-CONFERENCE FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

COMES NOW, Defendant, KRISTOPHER LEE DALLMAN, by and through his attorney and respectfully requests this Honorable Court pursuant to Federal Rules of Criminal Procedure 47, 9 and 10 to permit him to appear for the status hearing in this case by video tele-conference in United States District Court for the District of Nevada and states the following in support of this motion:

1. That the defendant following the indictment in this case, was served with a summons to appear in U.S. District Court for the Eastern District of Virginia and is presently scheduled for a status hearing on September 26, 2019 at 2:30pm before Magistrate Judge Ivan Davis.

2. That the defendant is indigent and presently resides in Las Vegas, NV and has no financial resources or means to commute and stay in Alexandria, VA (distance of 2,427.6 miles) for his status conference on September 26, 2019.

5. That in light of the defendant's indigency and in the interest of judicial economy, we respectfully request that the defendant be permitted to attend his status hearing on September 26, 2019 at 2:00pm before Magistrate Judge Ivan Davis by video tele-conference from United States District Court for the District of Nevada.

6. That United States by and through, Alexander P. Berrang, AUSA takes no position on the instant request.

7. For such other and further relief as the nature of defendant's cause requires in the interest of Justice and Judicial economy.

WHEREFORE, the Defendant, KRISTOPHER LEE DALLMAN, respectfully requests that he be permitted to appear for the status hearing on September 26, 2019.

I ASK FOR THIS:


_____/S/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum And Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant KRISTOPHER LEE DALLMAN

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 25th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alexander P. Berrang, AUSA
Matthew Lamberti, Senior Counsel (US-DOJ) United States Attorney's Office
for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

Dated: 25th day of September, 2019.

    _____/S/_____
    Robert L. Jenkins, Jr., Esq.
    Virginia State Bar No.:  39161
    Bynum And Jenkins Law
    1010 Cameron Street
    Alexandria, Virginia 22314
    (703) 309 0899 Telephone
    (703) 549 7701 Fax
    RJenkins@BynumAndJenkinsLaw.com
    Counsel for Defendant KRISTOPHER LEE DALLMAN