IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.  Criminal No: 1:19-CR-00253-TSE

KRISTOPHER LEE DALLMAN,
    Defendant.

**MOTION BY DEFENDANT KRISTOPHER LEE DALLMAN TO CONTINUE ARRAIGNMENT AND PERMIT THE DEFENDANT TO APPEAR BY VIDEO TELE-CONFERENCE FROM UNITED STATES
<u>DISTRICT COURT FOR THE DISTRICT OF NEVADA</u>**

COMES NOW, Defendant, KRISTOPHER LEE DALLMAN, by and through his attorney and respectfully requests this Honorable Court to continue the arraignment in this matter set for September 27, 2019 to October 11, 2019.  Further, the defendant requests pursuant to Federal Rules of Criminal Procedure 47, 9 and 10 to permit him to appear for the arraignment in this case by video tele-conference in United States District Court for the District of Nevada and states the following in support of this motion:

1. That the defendant following the indictment in this case, was served with a summons to appear in U.S. District Court for the Eastern District of Virginia and is presently scheduled for arraignment on September 27, 2019 at 2:00pm.

2. That the defendant is indigent and presently resides in Las Vegas, NV and has no financial resources or means to commute and stay in Alexandria, VA (distance of 2,427.6 miles) for his arraignment on September 27, 2019.

3. The arraignment of two of his co-defendants have been set for October 11, 2019.  Both co-defendants are similar situated as residents of Las Vegas, NV.

5. That in light of the defendant's indigency and in the interest of judicial economy, we

1

respectfully request that arraignment in this matter be continued to October 11, 2019, and that he be permitted to attend the arraignment by video tele-conference from United States District Court for the District of Nevada.

6. That United States by and through, Alexander P. Berrang, AUSA takes no position on the instant request.

7. For such other and further relief as the nature of defendant's cause requires in the interest of Justice and Judicial economy.

WHEREFORE, the Defendant, KRISTOPHER LEE DALLMAN, respectfully requests that the arraignment in this matter be continued to October 11, 2019, and he be permitted to appear via video conference.

I ASK FOR THIS:

_____/S/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum And Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant KRISTOPHER LEE DALLMAN

2

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 25th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alexander P. Berrang, AUSA
Matthew Lamberti, Senior Counsel (US-DOJ) United States Attorney's Office
for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

Dated: 25th day of September, 2019.

  _____/S/_____
  Robert L. Jenkins, Jr., Esq.
  Virginia State Bar No.: 39161
  Bynum And Jenkins Law
  1010 Cameron Street
  Alexandria, Virginia 22314
  (703) 309 0899 Telephone
  (703) 549 7701 Fax
  RJenkins@BynumAndJenkinsLaw.com
  Counsel for Defendant KRISTOPHER LEE DALLMAN