IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.                                      Criminal No: 1:19-CR-00253-TSE

KRISTOPHER LEE DALLMANN,
    Defendant.

**MOTION FOR PAYMENT AND ARRANGEMENT OF DEFENDANT'S TRAVEL**

COMES NOW the defendant, KRISTOPHER LEE DALLMANN, by counsel, and respectfully moves this Court for an Order pursuant to 18 U.S.C. § 4285 directing the United States Marshals Service to pay for Defendant's non-custodial transportation to and from this District for his arraignment on October 11, 2019. In support of this Motion, defendant states as follows:

1. That the defendant following the indictment in this case, was served with a summons to appear in U.S. District Court for the Eastern District of Virginia and is presently scheduled for a arraignment on October 11, 2019.

2. That the defendant is indigent and presently resides in Las Vegas, NV and has no financial resources or means to commute and stay in Alexandria, VA (distance of 2,427.6 miles) for his arraignment on October 11, 2019.

3. That in light of the defendant's indigency and in the interest of justice, we respectfully request that this Court issue an Order directing the Marshals Service to arrange for the defendant's non-custodial transportation to and from this District on October 11, 2019.

WHEREFORE, the Defendant, KRISTOPHER LEE DALLMAN, respectfully requests that respectfully request that this Court issue an Order directing the Marshals Service to arrange for the defendant's non-custodial transportation to and from this District on October 11, 2019.

    I ASK FOR THIS:

_____/S/_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.:  39161
Bynum And Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant KRISTOPHER LEE DALLMAN

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 26th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alexander P. Berrang, AUSA
Matthew Lamberti, Senior Counsel (US-DOJ) United States Attorney's Office
for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

Dated: 26th day of September, 2019.

   _____/S/_____
   Robert L. Jenkins, Jr., Esq.
   Virginia State Bar No.:  39161
   Bynum And Jenkins Law
   1010 Cameron Street
   Alexandria, Virginia 22314
   (703) 309 0899 Telephone
   (703) 549 7701 Fax
   RJenkins@BynumAndJenkinsLaw.com
   Counsel for Defendant KRISTOPHER LEE DALLMAN