```
                          TYPE OF HEARING: RS
                          CASE NUMBER: 1:19cr253
                          MAGISTRATE JUDGE: Ivan D. Davis
                          DATE: 9/26/19
                          TIME: 2:30 p.m.
EASTERN DISTRICT OF VIRGINIA   TAPE: FTR RECORDER
                          DEPUTY CLERK: Laura Brumbaugh
UNITED STATES OF AMERICA

         VS.

Kristopher Lee Dallmann

GOVT. ATTY Matthew Lamberti and Alex Berrang
DEFT'S ATTY Robert Jenkins
INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
COURT TO APPOINT COUNSEL (X)  FPD ( )  CJA (X) Conflict List ( )
```

Deft's motion to authorize attorney to withdraw - Granted.
New CJA counsel is required to appear before TSE on 9/27/19 at 1:00pm.

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )
BOND ~~Deft~~ released pending DH.

NEXT COURT APPEARANCE  10/3/19    TIME  12:30 pm
        DH                              IDD
        Video Conference

                                       15 min