

FILED
IN OPEN COURT

2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, | |
| *Defendant.* | |

## JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

The United States of America, by and through G. Zachary Terwilliger, U.S. Attorney, Alexander P. Berrang, Assistant U.S. Attorney, and Matthew Lamberti, Senior Counsel, Computer Crime and Intellectual Property Section of the U.S. Department of Justice, the defendant, by his undersigned counsel, respectfully move this Court for entry of the attached stipulated Protective Order, pursuant to Federal Rule of Criminal Procedure 16(d)(1), Federal Rule of Evidence 502(d), and Title 18, U.S. Code, Section 3771(a)(8). In support thereof, the parties state as follows:

1. During the course of the investigation, the United States has gathered or generated a number of documents, including electronic records. These documents and electronic records include, but are not limited to, business records, law enforcement investigative reports, and other documents obtained by grand jury subpoena or court order.

2. Some of these documents and records contain the confidential information and/or personal identifiers for individuals who subscribed to the websites at issue in the instant prosecution.

2

3.      The United States intends to produce these documents and electronic records, in accordance with the Federal Rules of Criminal Procedure, relevant case law, and any discovery order that is entered in this matter. Yet, the need to produce much of the data in its original format makes it infeasible to make redactions.

4.      Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents and electronic records obtained through discovery. In sum, the proposed Protective Order prohibits the dissemination of these documents and electronic records and the information contained therein to third parties, other than as necessary for the defendant's investigation of the allegations and the preparation of his defenses. In addition, the proposed Protective Order prohibits the defendant from reviewing any Protected Documents outside of the presence of certain designated individuals.

5.      The defendant and his counsel have reviewed this Motion and the Protective Order, and have agreed to its terms.

(CONTINUED ON NEXT PAGE)

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

We ask for this:

Date: 9/27/19

_____
Vernida Rochelle Chaney, Esq.
Chaney Law Firm PLLC
4120 Leonard Drive
Fairfax, Virginia 22030
Phone: 703-879-6650
*Counsel for the Defendant*

G. Zachary Terwilliger
United States Attorney

_____
Alexander P. Berrang
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Email: Alexander.P.Berrang@usdoj.gov

Matthew Lamberti
Senior Counsel
Computer Crime and Intellectual Property Section
U.S. Department of Justice