**UNITED STATES DISTRICT COURT**
**\* Arraignment and Status Conference \***

Date:  10/11/2019                                    Case No.:  1:19-cr-253-TSE
Court Time:  01:24 p.m. – 01:45 p.m. (00:21)

---

**UNITED STATES OF AMERICA v. KRISTOPHER LEE DALLMANN (1)**
                                        **DARRYL JULIUS POLO (2)**
                                        **DOUGLAS M. COURSON (3)**
                                        **FELIPE GARCIA (4)**
                                        **JARED EDWARD JAUREQUI (5)**
                                        **PETER H. HUBER (6)**
                                        **YOANY VAILLANT (7)**
                                        **LUIS ANGEL VILLARINO (8)**

PRESENT:         Honorable  **T.S. Ellis, III**,   U. S. District Judge

                        COURTROOM DEPUTY:         Tanya Randall
                        COURTROOM REPORTER:       Patricia Kaneshiro-Miller
                        ASST. U.S. ATTORNEY:      Alexander Berrang, Matthew Lamberti
                        COUNSEL FOR DEFT:         Vernida Chaney (1)
                                                  Elizabeth Ann Mullin (2)
                                                  Pleasant Brodnax, III (3)
                                                  John Kiyonaga (4)
                                                  John Iweanoge (5)
                                                  Christopher Amolsch (6)
                                                  Lana Manitta (7)
                                                  David Benowitz (8)

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights **as to Defendants (1), (3) & (5)**

[ X ] Defendant waives reading of indictment – WFA **as to Defendants (1), (3) & (5)**

[ X ] Defendant pled NG and demanded trial by jury **as to Defendants (1), (3) & (5)**

[   ] Indictment/Information read

[   ] Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

- **Defendants (1), (3) & (5)** waived speedy trial and to file a written notice waiving speedy trial.

- Government to submit Order modifying the existing discovery order.

MOTIONS to be filed by **JANUARY 6, 2020** and ARGUMENT on **JANUARY 24, 2020 @ 9:00 A.M.** CASE CONTINUED TO **FEBRUARY 3, 2020 @ 10:00 A.M.** for **JURY**

[    ] Discovery Order entered in open court

[    ] Protective Order entered in open court

**Defendant**   [    ] Remanded   [ X ] Continued on Bond   [    ] Released on _____ Bond –
see Order Setting Conditions of Release