IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, | |
| DARRYL JULIUS POLO, <br> a/k/a djppimp, | |
| DOUGLAS M. COURSON, | |
| FELIPE GARCIA, | |
| JARED EDWARD JAUREGUI, <br> a/k/a Jared Edwards, | |
| PETER H. HUBER, and | |
| YOANY VAILLANT, <br> a/k/a Yoany Vaillant Fajardo, | |
| LUIS ANGEL VILLARINO, | |
| *Defendants.* | |

## SECOND PROTECTIVE ORDER

This matter comes before the Court upon the Motion of the United States seeking a Second Protective Order (hereinafter, the "Order") pursuant to Federal Rule of Criminal Procedure 16(d) and 18 U.S.C. § 3771(a). The Order seeks to ensure the timely discovery and destruction of any possible child pornography contraband in newly received documents and

records from Canada in this case, which items the government has not yet had the opportunity to review fully.

The Court finds good cause to institute this supplementary Second Protective Order to regulate discovery in this case, as provided in Fed. R. Crim. P. 16(d) and **HEREBY ORDERS**:

1. The United States is providing additional documents and records to the defendants that it has not yet fully reviewed. The previous Protective Order governs these additional documents and records.

2. If a defendant, defense counsel, or authorized person discovers any copy of child pornography contraband in the documents and records, he or she (through defense counsel, if applicable) must notify the government within 48 hours and confer with the government on the destruction of those items. Furthermore, no defendant, defense counsel, or authorized person shall make, or permit to be made, any copy of the child pornography contraband.

3. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

**IT IS SO ORDERED**

Date: 1/10/20
Alexandria, Virginia

The Honorable T.S. Ellis, III
United States District Judge