## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 01/10/2020

Time: 10:34 a.m. – 11:14 a.m.  (00:40)
       11:41 a.m. – 12:08 p.m. (00:27)
       01:46 p.m. – 02:09 p.m. (00:23)
       (01:30)

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:19-cr-00253-TSE

---

### UNITED STATES OF AMERICA

v.

| | |
|---|---|
| **KRISTOPHER LEE DALLMANN (1)** | ( X ) Appearance Waived |
| **DOUGLAS M. COURSON (3)** | ( X ) Appearance Waived |
| **FELIPE GARCIA (4)** | ( X ) Appearance Waived |
| **JARED EDWARD JAUREQUI (5)** | ( X ) Present |
| **PETER H. HUBER (6)** | ( X ) Present |
| **YOANY VAILLANT (7)** | ( X ) Appearance Waived |

| Counsel for Government | Counsel for Defendant |
|---|---|
| Alexander Berrang | Vernida Chaney (1) |
| Matthew Lamberti | Pleasant Brodnax, III (3) |
| William Fitzpatrick | Mark Massey on behalf of John Kiyonaga (4) |
| | John Iweanoge (5) |
| | Christopher Amolsch (6) |
| | Lana Manitta (7) |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:**  [ 141 ] United States' Motion to Continue Trial Date
[ 148 ] United States' Motion to Request the Court to Confirm Waiver of Attorney-Client Privilege and to Order Defendants to Declare Well Before Trial Whether They Will Assert an Advice-Of-Counsel Defense

Argued and:
- Court will issue an order on government's Motion [ 148 ].

- Defense advised the Deft, Peter H. Huber (6) passport is in the possession of the probation officer in Las Vegas and request Court enter an Order for defendant to have passport stamped by customs. Court will enter an order directing passport given to defendant and returned to probation officer within 24 hours after passport is stamped.

- [ 141 ]  United States' Motion to Continue Trial Date and Defendant(s) Joint Motion -GRANTED.

- **Jury Trial reset to Tuesday, July 14, 2020 at 10:00 a.m.**

- **Motion deadline: June 5, 2020.**

- Discovery Order on Deft(s): Kristopher Lee Dallmann (1) and Peter H. Huber (6) entered in open court.

- Deft, Jared Edward Jaurequi (5) remanded.

- Deft(s): Kristopher Lee Dallmann (1), Douglas M. Courson (3), Felipe Garcia (4), Peter H. Huber (6), Yoany Vaillant (7) continued on bond.