# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, | |
| DOUGLAS M. COURSON, | |
| FELIPE GARCIA, | |
| JARED EDWARD JAUREQUI,<br>    a/k/a Jared Edwards, | |
| PETER H. HUBER, and | |
| YOANY VAILLANT,<br>    a/k/a Yoany Vaillant Fajardo, | |
| *Defendants*. | |

### NOTICE OF SUBMISSION OF DOCUMENT
### TO THE COURT FOR *IN CAMERA* REVIEW

This notice submits a document to the Court for *in camera* review as a supplement to the *Government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege* filed today. See Dkt. No. 197 (February 12, 2020). The submitted document is necessary and relevant to the Court's resolution of the government's renewed motion. Counsel for Kristopher Lee Dallmann possesses a copy of the document. The government seized the document during the investigation of this matter. The investigating and trial Assistant United States Attorneys (including a Department of Justice trial attorney) assigned to this matter have not reviewed the document. The undersigned attorney for the government is not involved with the prosecution of

this matter. The undersigned attorney's role is solely limited to reviewing the attached document, transmitting it to the Court, and responding to the Court if issues arise concerning the contents of the document pending resolution of the government's motion. The undersigned attorney has not communicated with the assigned trial attorneys concerning the substance of this document.

                                          Respectfully submitted,

                                          G. Zachary Terwilliger
                                          United States Attorney

Date:  <u>February 12, 2020</u>        By:        <u>/s/</u>
                                                       Dennis M. Fitzpatrick
                                                       Assistant United States Attorney
                                                       U.S. Attorney's Office
                                                       2100 Jamieson Avenue
                                                       Alexandria, Virginia 22305
                                                       Tel: 703-299-3700
                                                       Fax: 703-299-3981
                                                      Email: dennis.fitzpatrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) of the foregoing to the attorneys of record for the defendants.

By:          /s/
       Dennis M. Fitzpatrick
       Assistant United States Attorney
       U.S. Attorney's Office
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       Phone: (703) 299-3700
       Fax: (703) 299-3981
       Email: dennis.fitzpatrick@usdoj.gov