IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )  Criminal No. 1:19-CR-253 |
| | ) |
| KRISTOPHER LEE DALLMANN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

In this criminal copyright infringement matter, a March 11, 2020 Order scheduled a consolidated hearing on the government's Renewed Motion Requesting Confirmation of Waiver of the Attorney-Client Privilege and defendant Kristopher Dallmann's forthcoming Motion to Suppress for Friday, April 10, 2020 at 9:00 a.m. The March 11, 2020 Order also set a briefing schedule for defendant Dallmann's Motion to Suppress, which provided that:

- Defendant Dallmann must file his Motion to Suppress on or before Thursday, March 19, 2020.

- The government must file a response to defendant Dallmann's Motion to Suppress on or before Thursday, April 2, 2020.

- Defendant Dallmann must file a reply on or before Wednesday, April 8, 2020.

On Monday, March 16, 2020, Chief Judge Mark S. Davis issued General Order No. 2020-03. Among other things, General Order No. 2020-03 provided that:

> All filing deadlines now set to fall between March 17, 2020, and March 31, 2020 are **EXTENDED** by fourteen days, unless the presiding judge in an individual case sets a different date by an order issued after the filing of this General Order.

General Order No. 2020-03 at 4. On Tuesday, March 17, 2020, counsel for defendant Dallmann contacted the Clerk's Office to inquire whether the briefing deadlines in this matter would be governed by General Order No. 2020-03 or a separate order.

1

Accordingly, in light of General Order No. 2020-03,

It is hereby **ORDERED** that the consolidated hearing currently scheduled for Friday, April 10, 2020 at 9:00 a.m. on the government's Renewed Motion Requesting Confirmation of Waiver of the Attorney-Client Privilege and defendant Kristopher Dallmann's forthcoming Motion to Suppress is **RESCHEDULED** for **Friday, April 24, 2020 at 9:00 a.m.**

It is further **ORDERED** that the parties are **DIRECTED** to comply with the following schedule with respect to defendant Dallmann's Motion to Suppress:

- Defendant Dallmann must file his Motion to Suppress on or before **Thursday, April 2, 2020.**

- The government must file a response to defendant Dallmann's Motion to Suppress on or before **Thursday, April 16, 2020.**

- Defendant Dallmann must file a reply on or before **Wednesday, April 22, 2020.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 17, 2020

/s/
T. S. Ellis, III
United States District Judge