IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 1:19-CR-253 |
| ) | |
| KRISTOPHER LEE DALLMANN, *et al.*, ) | |
| Defendants. ) | |

### ORDER

In this criminal copyright infringement matter, a consolidated hearing is currently scheduled for Friday, April 24, 2020 on the government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege and defendant Kristopher Dallmann's forthcoming Motion to Suppress. The parties were directed to comply with the following schedule with respect to defendant Dallmann's Motion to Suppress:

- Defendant Dallmann must file his Motion to Suppress on or before **Thursday, April 2, 2020.**

- The government must file a response to defendant Dallmann's Motion to Suppress on or before **Thursday, April 16, 2020.**

- Defendant Dallmann must file a reply on or before **Wednesday, April 22, 2020.**

On Tuesday, March 24, 2020, Chief Judge Mark S. Davis issued General Order No. 2020-07. General Order No. 2020-07 provided that:

> all civil and criminal in-person proceedings in the U.S. District Court for the Eastern District of Virginia, including court appearances, trials, hearings, and settlement conferences, scheduled to occur through **May 1, 2020**, are **POSTPONED** and **CONTINUED**, and will be rescheduled at a later date, unless the presiding judge in an individual case issues, or has issued, an order <u>after</u> the filing of General Order 2020-03 directing that a particular critical or emergency proceeding will be held on or before **May 1, 2020**, because a manifest injustice would result if such proceeding were not conducted on an expedited basis.

General Order No. 2020-07 at 5. General Order No. 2020-07 also provided that:

1

all filing deadlines now set to fall on or before **April 14, 2020**, are **EXTENDED by fourteen days**, unless the presiding judge in an individual case issues or has issued an order after the filing of General Order 2020-03 directing that filings be submitted on or before **April 14, 2020.**

General Order No. 2020-07 at 6. On Friday, March 27, 2020, counsel for defendant Dallmann contacted the Clerk's Office to inquire whether a separate Order would be entered in this case.

Accordingly, in light of General Order No. 2020-07

It is hereby **ORDERED** that the consolidated hearing currently scheduled for Friday, April 24, 2020, at 2:00 p.m. on the government's Renewed Motion Requesting Confirmation of Waiver of the Attorney-Client Privilege and defendant Kristopher Dallmann's forthcoming Motion to Suppress is **RESCHEDULED** for **Friday, May 22, 2020 at 2:00 p.m.**

It is further **ORDERED** that the parties are **DIRECTED** to comply with the briefing schedule set by the March 17, 2020 Order and restated above with respect to defendant Dallmann's Motion to Suppress.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 27, 2020

/s/
T. S. Ellis, III
United States District Judge

2