### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. 1:19-CR-253-TSE |
| : | |
| KRISTOPHER DALLMANN  : | |
|    Defendant. | |

### DEFENDANT'S UNSEALED EXHIBITS FOR
### MOTION TO SUPPRESS STATEMENTS AND EVIDENCE

COME NOW, Kristopher Dallmann, through counsel, respectfully submit the attached unsealed exhibits for the Motion to Suppress Statements and Evidence filed on April 2, 2020.

    Respectfully Submitted,
    Kristopher Dallmann
    By Counsel

    _____/s/_____
    Vernida R. Chaney
    Chaney Law Firm PLLC
    4120 Leonard Drive
    Fairfax, VA 22030
    Tel.  703-879-6650
    Fax  703-776-9008
    vchaney@chaneylawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2020, I will file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

                                              /s/
                                    Vernida R. Chaney
                                    Chaney Law Firm PLLC
                                    4120 Leonard Drive
                                    Fairfax, VA 22030
                                    Tel. 703-879-6650
                                    Fax 703-776-9008
                                    vchaney@chaneylawfirm.com