# Exhibits

# Exhibit 1



LAS VEGAS, NV 89169
JOHN SCHETTLER
11/16/17  Not to Scale

# Exhibit 2

FD-395 (Rev. 11-5-02)

## FEDERAL BUREAU OF INVESTIGATION
## ADVICE OF RIGHTS

### LOCATION

Place: ~~[redacted]~~ *LAS Vegas, NV*          Date: *11/16/2017*     Time: *6:30 AM*

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed _____

### WITNESS

Witness: *Timothy D. Lynch   FBI-WFO   6:35 AM*

Witness: *Lance Shakespeare   [signature]   FBI-LV   6:35 am*

Time: *6:35 AM*

# Exhibit 3

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/08/2017

KRISTOPHER LEE DALLMAN, date of birth (DOB) ███████████, social security account number ███████, cell phone number ███████, email address ███████████, was interviewed at his residence, ███████████, Las Vegas, Nevada, during the execution of federal search warrants for his home and the house next door, ███████. Details regarding the conduct of these searches have been recorded in a separate FD-302. After being advised of the identity of the interviewing Agents and the nature of the interview, DALLMAN provided the following information:

ADVICE OF RIGHTS

DALLMAN and his husband, JARED EDWARD JAUREQUI (pronounced "How-Dah-Ghee"), were present at ███████████ when the warrant was executed. While Agents cleared the home, SA LYNCH advised both DALLMAN and JAUREQUI that the FBI was searching for evidence relating to the operation of websites JETFLICKS.COM and ISTREAMITALL.COM. After the home was secured, DALLMAN and JAUREQUI agreed to sit with the authors in their living room for an interview.

DALLMAN and JAUREQUI were advised that they were not under arrest, were not being detained, and were free to go at any time. SA LYNCH repeated this advisement multiple times throughout the following interview. DALLMAN and JAUREQUI stated they wished to cooperate and speak with the Agents.

At approximately 6:30 A.M. SA LYNCH provided both men with separate FD-395 Advice of Rights forms and began advising them of their rights. DALLMAN and JAUREQUI initialed each line, indicating they understood each right as explained by SA LYNCH. At 6:35 A.M., DALLMAN and JAUREQUI signed their FD-395 forms, waiving their rights and beginning the interview. Both DALLMAN and JAUREQUI's original, signed FD-395 Advice of Rights forms have been enclosed in a 1A envelope and attached to this FD-302.

JAUREQUI was present for the beginning of this interview. Shortly after the interview began, JAUREQUI voluntarily left with Special Agents ALEXIS

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 11/16/2017 at | Las Vegas, Nevada, United States (In Person) |
| File # ███████████ | | Date drafted 11/20/2017 |
| by | Timothy D. Lynch, SHAKESPEAR LANCE | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED//FOUO**



(U//FOUO) Interview of Kristopher Lee

Continuation of FD-302 of  Dallman _____, On  11/16/2017 , Page  2 of 11

BROWN and JESSICA MARRONE for a full interview in a separate part of the house.  JAUREQUI's interview has been recorded on a separate FD-302.

## DALLMAN EDUCATION

DALLMAN attended RED RIVER HIGH SCHOOL in Grand Forks, North Dakota, but did not graduate.  After 11th grade, DALLMAN's mother kicked him out of the house for being gay and he moved to Minnesota to live with his father.  DALLMAN then went to COON RAPIDS HIGH SCHOOL in Minnesota for half of his senior year before dropping out of school completely on his 18th birthday.

## PRIOR EMPLOYMENT HISTORY

After dropping out of high school, DALLMAN stayed with friends and then lived out of a car for a few months into 2001.  DALLMAN worked a number of odd jobs including a summer job at VALLEYFAIR amusement park in Minnesota, as a waiter at CHEVY's Restaurant, at EMBERS restaurant, selling vacuum cleaners door-to-door, working in credit card processing, and at a temp agency.  DALLMAN also worked briefly at a MERVYN'S department store in California.

In 2004, DALLMAN met DOUGLAS MICHAEL CARSON ("CARSON") and GRANT DUNMIRE ("DUNMIRE") who helped DALLMAN get back on his feet.  CARSON taught DALLMAN how to save money and also helped him get jobs working at BED BATH AND BEYOND and a restaurant called MELT.

## FORMATION OF RENT-A-GEEK

In 2005, MELT gave DALLMAN a severance package of three months' salary and he decided to move to Las Vegas, Nevada.  Someone told DALLMAN that he could teach himself computer repair and that it would be a good way to make money. In 2005, with no formal training, DALLMAN founded and began operating RENT-A-GEEK, his own computer repair company, which still exists.

## ███████████ CONTRACT

The ███████ family owns ███████████, a gaming company that owns and operates multiple casinos in Las Vegas.  In approximately 2007, DALLMAN repaired a computer in less than 30 minutes for ███████████, a flight attendant working on one of the ████████' private jets.  ███████ was impressed and she recommended DALLMAN to the ████████.

A few weeks later, ███████████ contacted DALLMAN to inquire about a "DVD conversion project."  ██████ or ███████████ wanted to download

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**



(U//FOUO) Interview of Kristopher Lee

Continuation of FD-302 of ___Dallman_____, On __11/16/2017__ , Page __3 of 11__

their personal DVD collection to an iPad so they could watch their movies on their private plane.

DALLMAN worked with ATWOODZ, a Las Vegas software development company, to create software called "mymovies." Using the Atwoodz software, a router on a private airplane, and a Mac Mini, DALLMAN created what he called the "JETFLICKS system." DALLMAN initially said, "that's what JETFLICKS is supposed to be:" a service allowing customers to download their personal DVD collection onto a mobile device for use aboard an aircraft. The ▮▮▮▮▮▮ paid DALLMAN $50,000 with a corporate check from ▮▮▮▮▮▮ ▮▮▮▮▮▮ for the first JETFLICKS system.

▮▮▮▮▮▮ also wanted to be able to watch her favorite show, "Entourage," while flying. At the time, internet access on airplanes was expensive and streaming services like NETFLIX did not exist. ▮▮▮▮▮ ▮▮▮▮▮▮ wanted DALLMAN to be able to get her episodes of "Entourage" that had not yet aired, but DALLMAN told her was unable to that.

DALLMAN began working on a way of streaming television shows aboard private aircrafts and described ▮▮▮▮▮'s request for current televisions shows as, "the reason I started doing," JETFLICKS. DALLMAN said, "I wanted to empower the consumer instead of the corporation. I want to determine what I can and can't watch."

CREATION OF JETFLICKS

In 2007, DALLMAN created JETFLICKS.COM and JETFLICKS.MOBI. JETFLICKS.MOBI was created for use on mobile devices and is the more trafficked website. JETFLICKS.COM isn't used as much and, "there still really isn't much there," on the website. DALLMAN created both websites on his own after teaching himself HTML and registering them through GODADDY.COM.

DALLMAN's intended business model was to download customer DVD collections to mobile devices for use aboard aircraft (further described as the "aviation services" side of the business or "aircraft customers").

DALLMAN also launched a $14.99 mobile android app offering a customer access to a library of television shows not a available for purchase. DALLMAN's intention was to use the revenue from the limited streaming of television shows to grow JETFLICKS' aviation services business.

Through the creation of JETFLICKS, DALLMAN said, "I was the first person to do streaming." DALLMAN thought, "there's a lot of money in this," and he went to other companies trying to sell his idea. This was before the

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

████████████

(U//FOUO) Interview of Kristopher Lee
Continuation of FD-302 of   Dallman _____ , On __11/16/2017__ , Page __4 of 11__

rise of NETFLIX and other streaming sites, and everyone told DALLMAN his
idea wouldn't work.

In 2008, DALLMAN approached NETFLIX with his streaming idea.  At the time,
NETFLIX was not streaming and still mailing DVDs to customers.  DALLMAN
stated he has an email from someone at NETFLIX stating they weren't
interested in his streaming idea.


—

After his success with the ████████ , DALLMAN purchased numerous Mac
Minis intended for use with other customers.  DALLMAN initially insisted
that JETFLICKS was not intended as a streaming service, but was primarily
a company through which a customer's personal DVD collection would be
downloaded onto a mobile device.  DALLMAN said, "they (customers) have to
provide the physical copies on request," and JETFLICKS would provide the
customer with a Mac Mini containing digital versions of their DVD library.

████████   CONTRACT

DALLMAN identified ████████ as another customer who had contracted
JETFLICKS to download a personal DVD collection onto a mobile
device.  DALLMAN stated that ██████ lives in Texas, owns a private jet,
and occasionally flies for former President GEORGE W. BUSH.

In approximately 2011, ██████████████ quit working for the ██████ and
moved back to Texas, where she got a job as a flight attendant for
██████ .  Based on ██████' recommendation, ██████ paid DALLMAN $30,000 to
$40,000 to digitize his DVD library and download it onto a mobile device.


—

JETFLICKS DOWNLOADING DVD COLLECTIONS

DALLMAN insisted that JETFLICKS provided minimal streaming services and
that their primary form of income came from downloading personal DVD
collections.  DALLMAN estimated that, at its height, JETFLICKS grossed
approximately $30,000 a month through aircraft customers.

DALLMAN stated that his practice was to make a duplicate copy for every
DVD a customer provided and keep those on file.  DALLMAN purchased the
house next door (██████████████) in order to store all of the customer
DVD collections he received as well as their duplicate copies.

Asked how many JETFLICKS customers had mailed him their DVD collections,
DALLMAN said, "I could never get to that part because of people stealing

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

(U//FOUO) Interview of Kristopher Lee
Continuation of FD-302 of ___Dallman_____ , On _11/16/2017_ , Page _5 of 11_

from me." DALLMAN also said, "Over the years I have had people that have
stolen from me," like DARYL POLO, who runs ISTREAMITALL.COM. POLO is
decscribed further in this FD-302.

SA LYNCH asked DALLMAN to approximate how many customers had paid
JETFLICKS to download their DVD collections to a Mac Mini. DALLMAN said,
"Aircraft customers? Well, we only have two." DALLMAN admitted
JETFLICKS' only two aviation services contracts were with the ██████
for $50,000 and with █████████ for $30,000.

COPYRIGHT INFRINGEMENT

SA LYNCH asked DALLMAN if JETFLICKS was committing copyright infringement
by streaming television shows not available for purchase and DALLMAN said,
"I know everything's in a grey area," and, "yes and no to copyright
infringement to a degree." DALLMAN stated that he believed JETFLICKS was
only committing "secondary infringement."

Asked if JETFLICKS was streaming television shows on its websites, DALLMAN
said, "Yes." Asked if JETFLICKS had obtained official permission to stream
these shows, DALLMAN said, "No." DALLMAN stated that he removed shows
anytime he received a complaint and that he believed this meant he was not
committing a crime.

Asked if JETFLICKS had received any cease and desist letters related to
streaming services, DALLMAN said, "I've had one," from HBO. DALLMAN said,
"it was only three shows they asked to be removed," and, "it was removed
immediately."

Asked if anyone else had contact him questioning if JETFLICKS was involved
in copyright infringement, DALLMAN said, "well, PAYPAL did." In 2001,
DALLMAN opened a PAYPAL account. In 2016, PAYPAL contacted DALLMAN,
reporting they had received complaints that JETFLICKS was involved in
copyright infringement and asking DALLMAN to provide more information
about his business. DALLMAN claimed that he, "provided all the
documentation I had," showing that JETFLICKS was an aviation services
business and never heard back from PAYPAL.

Asked if he was familiar with how to obtain legal permission to stream
shows, DALLMAN said, "I don't know what their policies and procedures are.
I would say I still don't know how to answer that." DALLMAN said, "I don't
know the exact process," in order to legally stream a show, "I assume its
from some sort of licensing."

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

████████████

(U//FOUO) Interview of Kristopher Lee
Continuation of FD-302 of Dallman _____, On 11/16/2017 , Page 6 of 11

DALLMAN said, "I know the legality of it." DALLMAN said he had a printout
of the 1978 federal copyright code in his house, but had never read it.
DALLMAN said he wasn't sure if it was "defined or not" whether he could
stream television shows without official permission.

─

INTERVIEW PAUSE AND CONFESSION

At approximately 8:17 A.M., the interview paused so DALLMAN could use the
bathroom and make himself coffee.  At 8:40 A.M., the interview resumed, at
which point DALLMAN admitted that he had not been entirely
truthful.  DALLMAN said, "I got involved with people I didn't know would
steal, would take advantage," like DARYL POLO.

DALLMAN created JETFLICKS fully intending to make his aviation services
model work.  When the aviation services business model was not successful,
DALLMAN turned to copyright infringement through the illegal streaming of
television shows.  DALLMAN admitted to downloading copyrighted television
shows from various websites and file sharing networks and then illegally
streaming them through JETFLICKS.

DOWNLOADING CONTENT FOR JETFLICKS

From 2007 to 2008, DALLMAN downloaded television shows through TORRENTS
networks.  Through TORRENTS, DALLMAN downloaded shows like "Big Bang
Theory" and "I Love Lucy."  DALLMAN found that many of his customers liked
older content, so he focused on older shows.

DALLMAN only downloaded television shows and said, "I never put movies,
ever," on JETFLICKS' website.  DALLMAN said, "I am one hundred percent
confident that there's never been a movie available on JETFLICKS
online."  DARYL POLO streamed movies through his site, ISTREAMITALL.COM

ATTORNEY CONSULTATION

DALLMAN paid $3,000 to an unidentified attorney for legal advice to the
question of, "what can I do, what can't I do," with JETFLICKS' streaming
services.  The attorney gave DALLMAN three categories he could operate
in.  The attorney told DALLMAN, "If you have content on there that someone
doesn't like, they will ask you to remove it.  They can sue you if you
don't remove it."  DALLMAN believed that he was only committing copyright
infringement if he continued to stream a show or shows after being asked
to remove them.  DALLMAN stated that a memo from this attorney detailing

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U//FOUO) Interview of Kristopher Lee Dallman , On 11/16/2017 , Page 7 of 11

the three categories he described should be among the records seized by the FBI.

On one occasion, JETFLICKS received a cease and desist letter from the MOTION PICTURE ASSOCIATION OF AMERICA (MPAA). DALLMAN brought the letter to this attorney who said, "this looks like it was written by an amateur. I would just ingore it." DALLMAN followed the attorney's recommendation and ignored the letter.

BEGINNING OF DARYL POLO PARTNERSHIP

In approximately 2010, DALLMAN met DARYL POLO, who was working at ATWOODZ, a Las Vegas software development firm owned by A.J. PAGANO. DALLMAN paid PAGANO $15,000 to create video encryption software for JETFLICKS. Later, POLO gave DALLMAN some stolen ATWOODZ software and DALLMAN invited POLO to come work for him at JETFLICKS. POLO told DALLMAN, "I need at least $8,000 a month," and DALLMAN agreed.

In approximately 2011, DALLMAN officially registered JETFLICKS, LLC. DALLMAN opened a JETFLICKS corporate checking account and a personal account at BANK OF AMERICA (BOA).

From the summer of 2011 through 2012, DALLMAN and POLO were JETFLICKS' only employees. JETFLICKS grossed approximately $30,000 a month by this time, but DALLMAN was overwhelmed by many of his unexpected overhead costs, such as POLO's high salary.

DALLMAN said, "I'm the developer, I'm the idea guy," for JETFLICKS. DALLMAN was frustrated because at the time he was, "not managing the company because I'm just," struggling to keep the business running on a day-to-day basis. GRANT DUNMIRE agreed to help DALLMAN download content from TORRENTS so DALLMAN could focus on other things.

SMACKDOWNONYOU.COM

After a while, content was getting harder and harder to get through TORRENTS. DALLMAN complained about TORRENTS to POLO, who said, "well, there's another way of downloading." POLO, "taught me how to get the content from NZB Networks." DALLMAN said, "had I known about that (NZB) we probably wouldn't be sitting here today."

POLO created SMACKDOWNONYOU.COM ("SMACKDOWNONYOU") as an NZB indexer, allowing paid subscribers to locate and download NZB files. POLO, "set it all up first," and told DALLMAN about it later. POLO, "wanted us to depend on him," so he allowed DALLMAN to download from SMACKDOWNONYOU for

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

free, making JETFLICKS, "dependent on that for the longest time." POLO's
phone often made a cash register sound and POLO told DALLMAN it was for,
"every time SMACKDOWNONYOU makes money."

PAYPAL

PAYPAL was JETFLICKS' initial payment processor.  DALLMAN recalled
receiving an email from PAYPAL suggesting that JETFLICKS' was committing
copyright infringement and asking for more information.

SA LYNCH referenced an email (attached) dated October 24, 2016, from
service@paypal.com, to DALLMAN (Subject: Your account has been limited
until we hear from you) stating: *"We have recently reviewed your PayPal
account activity and determined that you are in violation of PayPal's
Acceptable Use Policy regarding your sales or offers on www.jetflicks.
mobi."*  The email also stated, *"Provide us with a valid licensure or proof
of authorization to operate your business or to conduct the sales on www.
jetflicks.mobi,"* and, *"Under the Acceptable Use Policy, PayPal may not be
used to send or receive payments for items that infringe or violate any
copyright."*

DALLMAN called PAYPAL trying to resolve the issue over the phone, but
couldn't get in touch with anyone.  DALLMAN said, "we tried for over a
month to get it resolved with them." No one from PAYPAL ever called back,
but DALLMAN said it was, "not for my lack of trying to get it resolved."

STRIPE

DALLMAN replaced PAYPAL with STRIPE as JETFLICKS' next payment
processor.  SA LYNCH referenced an email (attached) dated November 9,
2016, from PATRICK WATERMAN of STRIPE to DALLMAN stating: "when *we went to
take a look at your website (jetflicks.com), we noticed that the page
seems to be password protected, and we weren't able to check out your
site.  We completely understand the reasons behind password protecting
your website, but we will need to be able to see the actual contents of
your site before resuming transfers to your bank account."*

SA LYNCH referenced DALLMAN's response to WATERMAN dated November 15,
2016, stating:

*"For a multi-billion dollar airline such as Delta, spending money for new
aircraft, is a more advantageous option than retro-fitting older aircraft
with newer systems.*

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

████████████

(U//FOUO) Interview of Kristopher Lee
Dallman

Continuation of FD-302 of _____ , On __11/16/2017__ , Page __9 of 11__

*In the private market, it is the exact opposite. The owners actively
maintain their aircraft and most will periodically remodel the interior,
but generally are clueless on how to integrate their smartphones properly
so they can still use the systems that are integrated in their aircraft.*

*That is where Jetflicks comes into play. We have identified the problems
faced by aircraft owners, and developed a hardware/software based solution
that connects to these older systems, creating a virtual portal to access
and/or control these devices."*

DALLMAN admitted his response above was, "not a hundred percent
accurate." DALLMAN said, "maybe I didn't disclose everything I would have
," and, "yes, I know that's a lie." DALLMAN admitted that the above email
to STRIPE was, "a lie of ommission," meaning that he intentionally left
out the fact that JETFLICKS was illegally streaming copyrighted television
shows.

DALLMAN said, "I'm not saying everything I did was right," but admitted
that the above response to STRIPE was an, "attempt to keep the company
alive." DALLMAN said his employees were, "dependent on me for their
rent." Asked how many employees he had at the time, DALLMAN said, "it got
to be less and less over the years."

SHAWN D. helped DALLMAN with website design. FELIPE GARCIA, DALLMAN's ex-
boyfriend, also helped with JETFLICKS and was later replaced by JAUREQUI.

DALLMAN said, "The biggest hit was when DARYL (POLO) stole everything."

CREATION OF ISTREAMITALL

In approximately 2013 or 2014, POLO told DALLMAN, "I'm done working for
the summer." DALLMAN believed that POLO wasn't coming back, so he hired
PETER HUBER to work on JETFLICKS.MOBI. In approximately August or
September 2013 or 2014, POLO told DALLMAN he was ready to return to work,
but DALLMAN said, "I don't need you," anymore.

POLO stole all of JETFLICKS information, including customer databases, and
created ISTREAMITALL.COM ("ISTREAMITALL"), which streams copyrighted
movies and television shows without permission. DALLMAN described
ISTREAMITALL as, "a big fuck you to me," from POLO.

DALLMAN said of POLO and ISTREAMITALL, "He's successful at it. He ruined
what I tried to start with this. I've just been hobbling by since
then." Asked if ISTREAMITALL was committing copyright infringement,
DALLMAN said, "well, yeah." POLO, "just did what he wanted. It was

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

█████████████

(U//FOUO) Interview of Kristopher Lee
Continuation of FD-302 of  Dallman                                    , On  11/16/2017 , Page  10 of 11

wrong." Asked how many customers POLO has with ISTREAMITALL, DALLMAN
said, "I really don't know."

DALLMAN said of JETFLICKS, "I had the aircraft side. My goal was to run a
legitimate company." DALLMAN stated that he started illegally streaming
television shows in an attempt to make more money so he could grow his
aviation services business. POLO's, "goal was to steal," from the
beginning.

With POLO gone, DALLMAN let DOUG CARSON move in next door for free and
paid him minimally for helping with JETFLICKS. CARSON had fallen on hard
times and DALLMAN wanted to return the favor for CARSON's help in the past.

In approximately December 2014 or 2015, POLO re-contacted DALLMAN through
FACEBOOK. POLO told DALLMAN, "I know the business model that you've been
wanting to do for all these years," and claimed that he had "a turn-key
solution" to make DALLMAN's aviation services model work. DALLMAN paid
POLO approximately $12,000 to $15,000 to put this new business plan into
action, but POLO then went unresponsive.


DALLMAN said of POLO, "DARYL, I hate him. I absolutely hate him. He
steals. He's just a thief. I have been screwed over so many times by that
man."

POLO USE OF DROBO DRIVE

In approximately 2015, JETFLICKS' servers crashed and DALLMAN lost
everything. POLO told DALLMAN, "I have a backup of everything on my drobo
drive." DALLMAN described a drobo as a network storage device holding five
4TB hard drives. POLO wheeled his drobo into ████████████████ and said,
"I'll use your internet connection to get everything back online."

POLO left some of the drives from his drobo behind. DALLMAN deleted at
least one of the drives because, "I just needed the drives," but POLO's
original information should be in the slack space.

One of the drives looked like a "chip" or "stick" and would have been
seized by the FBI. This drive would likely have information on it
relating to ISTREAMITALL. One of these drives may have had serial number
SL0026297.

Asked why he kept letting POLO back into his life, DALLMAN said, "I'm the
type of person that will still try to give a person a chance."

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

▆▆▆▆▆▆▆▆▆▆

(U//FOUO) Interview of Kristopher Lee
Continuation of FD-302 of Dallman                                    , On 11/16/2017 , Page 11 of 11

POLO last contacted DALLMAN to ask about the drobo saying, "I'd really
like to get that drive back," but DALLMAN ignored him. DALLMAN said,
"there's something on there that he doesn't want people to see. I do know
that it had financial stuff on there."

## DECLINE OF JETFLICKS

DALLMAN was, "stressed all the time," after POLO stole information and
created ISTREAMITALL as a direct competitor. JETFLICKS is DALLMAN's sole
form of income and business has dropped rapidly in the past
year. JETFLICKS' monthly revenue fell from $30,000 to less than $6,000 or
$7,000 a month, or approximately $200 to $300 a day.

At the time of this interview, DALLMAN stated he had approximately $96 in
his personal BOA account and a few hundred dollars in the JETFLICKS
account. DALLMAN recalled opening a personal checking account at CAPITAL
ONE, which might still be open. DALLMAN considered taking a hard loan on
▆▆▆▆▆▆▆▆▆▆ just to make ends meet.

## CARS

DALLMAN was asked about the five cars parked in his driveway. DALLMAN
said, "none of the cars are new," and all were financed with no cash
down. DALLMAN said the BMW was JAUREQUI's and the Mercedes was
CARSON's. DALLMAN had the Viper blocked in his driveway because he had
already received visits from someone attempting re-possession. DALLMAN
identified a Jeep as the only car that actually belonged to him.

## INTERVIEW END

At approximately 9:20 A.M., during the above interview, DALLMAN took
another bathroom break and the interview was resumed at approximately 9:31
A.M. The authors ended the interview at approximately 10:30 A.M.

**UNCLASSIFIED//FOUO**

# Exhibit 4

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Kristopher Dallmann_, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

| CPU Make, Model & Serial Number (if available) | I Pad | ██████ |
| | Cell Phone | ██████ |
| Storage or Retrieval Media, Computer Peripherals | Jetflicks | ██████ |
| Jetflicks ██████ | Jetflicks | ██████ |

and located at _____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: _____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

11/16 2017    7:03AM.
Date

_____
Date


Signature

Signature of Witness

Timothy D. Lynch  FBI-WFO
Printed Full Name of Witness

██████    Las Vegas, NV
Location