IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-253 |
| | ) | |
| KRISTOPHER LEE DALLMANN, | ) | |
| Defendant. | ) | |

## ORDER

In this criminal copyright infringement matter, defendant Kristopher Lee Dallmann's conditions of pretrial release require, among other things, that defendant Dallmann submit urine samples at the direction of the Pretrial Services Office. Defendant Dallmann has expressed concerns about traveling to the Pretrial Services Office's off-site facility in the District of Nevada to provide urine samples while COVID-19 continues to present a health risk. Defendant Dallmann's concerns regarding COVID-19 are understandable, but the Pretrial Services Office has made clear that urine samples may be provided in a manner consistent with prudent social distancing practices. Specifically, at the Court's request, the Pretrial Services Office has confirmed that the off-site facility practices social distancing, allows only one defendant into the facility at a time, and screens defendants for symptoms of COVID-19 prior to permitting defendants to enter the facility. Accordingly, because the off-site testing facility observes appropriate social distancing safeguards, defendant Dallmann must provide urine samples as directed by the Pretrial Services Office. Should defendant Dallmann fail to do so, defendant Dallmann will be in violation of his conditions of pretrial release, and a summons or an arrest warrant will issue.

Accordingly,

It is hereby **ORDERED** that defendant Dallmann must provide urine samples as directed by the Pretrial Services Office.

It is further **ORDERED** that in the event defendant Dallmann violates the conditions of his pretrial release by failing to provide urine samples as directed by the Pretrial Services Office, a summons or an arrest warrant will issue.

The Clerk is directed to send a copy of this Order to the Pretrial Services Office, the Probation Office, and all counsel of record.

Alexandria, Virginia
May 12, 2020

/s/
T. S. Ellis, III
United States District Judge

/