Page 1
PS-8 02/04
VAE (rev 9/19)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Kristopher Lee Dallmann                    Docket No. 1:19CR00253-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Daniel D. Gillespie, Jr., U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Kristopher Lee Dallmann, who was placed under pretrial release supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the court at 401 Courthouse Square, Alexandria, Virginia 22314, on October 3, 2019, under the following special conditions: 1) report to pretrial services as directed; 2) continue or actively seek employment; 3) avoid all contact with any co-defendants or potential witnesses for the charged offense unless in the presence of counsel, with the exception of husband, Jared Jaurequi; and 4) submit to substance abuse testing and/or treatment as directed by the pretrial services office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On May 15, 2020, in the District of Nevada, the defendant failed to report for substance abuse testing as directed by his supervising officer.

PRAYING THAT THE COURT WILL ORDER a SUMMONS for the defendant to show cause why his conditions of pretrial release should not be revoked.

Returnable Date: July 10, 2020 @ 10am.

### ORDER OF COURT

Considered and ordered this day 21 of May 2020 and ordered filed and made a part of the records in the above case.

_____
T.S. Ellis, III
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 21, 2020

Brent Keith  Digitally signed by Brent Keith
Date: 2020.05.21 09:12:42 -04'00'

*for* Daniel D. Gillespie, Jr.
U.S. Probation Officer
703-299-2285

Place: Alexandria, Virginia

DDG/mbp
BDK