IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA           )<br>                                    )<br>                                    )<br>         v.                         )<br>                                    )<br>KRISTOPHER LEE DALLMANN, *et al.*,  )<br>             Defendants.            ) | Criminal No. 1:19-CR-253 |

## ORDER

This matter is before the Court on defendant Kristopher Lee Dallmann's Notice of Redactions to Exhibits to Motion to Continue Hearing. Pursuant to a June 10, 2020 Order, defendant Dallmann was required to submit an *ex parte* and under seal filing that identifies the redactions to the exhibits filed in support of defendant Dallmann's Motion to Continue Hearing that defendant Dallmann believes to be necessary. Because defendant Dallmann, through counsel, states that he has reviewed the exhibits and is not requesting any redactions, the exhibits filed in support of defendant Dallmann's Motion to Continue Hearing will be placed under seal in their unredacted form.

Accordingly,

It is hereby **ORDERED** that the exhibits filed in support of defendant Dallmann's Motion to Continue Hearing (Dkt. 297) must remain **UNDER SEAL** until further Order of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
June 11, 2020

/s/

T. S. Ellis, III
United States District Judge

1