IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 1:19-CR-253 |
| ) | |
| KRISTOPHER LEE DALLMANN, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant Kristopher Lee Dallmann's Motion for Production of Witnesses pursuant to Fed. R. Crim. P. 17(b) (Dkt. 326). Defendant's motion is appropriately granted.

Accordingly,

It is hereby **ORDERED** that defendant Dallmann's Motion for Production of Witnesses pursuant to Fed. R. Crim. P. 17(b) (Dkt. 326) is **GRANTED**.

It is further **ORDERED** that the Clerk is **DIRECTED** to issue the subpoenas detailed below.

It is further **ORDERED** that the United States shall pay the costs and fees associated with each subpoena.

It is further **ORDERED** that the United States Marshal or a duly appointed deputy is **DIRECTED** to serve subpoenas on or arrange for service of the following individuals:

1. Timothy Lynch, Federal Bureau of Investigation, 601 4th Street N.W., Washington, D.C. 20535.

2. Lance Shakespear, Federal Bureau of Investigation, 601 4th Street, N.W., Washington, D.C. 20535.

3. Alexis Brown, Federal Bureau of Investigation, 601 4th Street, N.W., Washington, D.C. 20535.

1

4. Jessica Marrone, Federal Bureau of Investigation, 601 4th Street, N.W., Washington, D.C. 20535.

5. Curtis Cox, Federal Bureau of Investigation, 601 4th Street, N.W., Washington, D.C. 20535.

The time and place of appearance is July 9, 2020, at 10:00 a.m., in Courtroom No. 900 of the United States District Court for the Eastern District of Virginia, 401 Courthouse Sq., Alexandria, VA 22314.

The Clerk is further directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
June 26, 2020

/s/
_____
T. S. Ellis, III
United States District Judge