IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:19-CR-253-TSE |
| | : |
| KRISTOPHER DALLMANN, | : |
| | : |
| Defendant. | : |

**MOTION TO ADOPT AND JOIN CO-DEFENDANT FELIPE GARCIA'S RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE***

COMES NOW, the Defendant, Kristopher Dallmann, by counsel, and hereby respectfully moves this Court to adopt and join co-defendant's Felipe Garcia's Response (Dkt. 324).

WHEREFORE, defendant, through counsel, respectfully asks this Court to grant this motion.

    Respectfully Submitted,
    Kristopher Dallmann
    By Counsel

    /s/
    Vernida R. Chaney
    Chaney Law Firm PLLC
    4120 Leonard Drive
    Fairfax, VA 22030
    Tel.  703-879-6650
    Fax  703-776-9008
    vchaney@chaneylawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2020, I will file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

                                                              /s/
                                                    Vernida R. Chaney
                                                    Chaney Law Firm PLLC
                                                    4120 Leonard Drive
                                                    Fairfax, VA 22030
                                                    Tel. 703-879-6650
                                                    Fax 703-776-9008
                                                    vchaney@chaneylawfirm.com