## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, | |
| *Defendant*. | |

### ORDER

A hearing is scheduled for July 9, 2020, at 10:00 a.m. on a petition for action on conditions of defendant Kristopher Lee Dallmann's pretrial release and the addendum to that petition. (Dkt. 257, 306.) The government has advised the Court that it intends to offer the testimony of Pretrial Services Officer Emily McKillip of the District of Nevada at the July 9, 2020 hearing. The government requests permission for Officer McKillip to testify remotely during the July 9, 2020 hearing.

For good cause shown, the Court will permit Officer McKillip to testify remotely during the July 9, 2020 hearing on defendant Dallmann's alleged violations of the conditions of his pretrial release.

Accordingly, it is hereby **ORDERED** that Officer McKillip is permitted to testify remotely during the hearing scheduled for July 9, 2020, at 10:00 a.m. on the petition for action on conditions of defendant Dallmann's pretrial release and the addendum to that petition.

7/1/20
Alexandria, Virginia

The Honorable T.S. Ellis, III
U.S. District Judge