IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          :
                                  :
           v.                     :          CRIMINAL NO. 1:19-CR-253-TSE
                                  :
KRISTOPHER DALLMANN,              :
                                  :
           Defendant.             :

## DEFENDANT'S NOTICE

COMES NOW the Defendant, Kristopher Dallmann, by and through counsel, and advises

this Honorable Court that American Airlines did not allow Mr. Dallmann to board and fly on the

scheduled flight from Las Vegas, Nevada to the District.


                                        Respectfully Submitted,
                                        Kristopher Dallmann
                                        By Counsel


                                             /s/
                                        Vernida R. Chaney
                                        Chaney Law Firm PLLC
                                        4120 Leonard Drive
                                        Fairfax, VA 22030
                                        Tel.  703-879-6650
                                        Fax  703-776-9008
                                        vchaney@chaneylawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, I will file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

_____/s/_____

Vernida R. Chaney
Chaney Law Firm PLLC
4120 Leonard Drive
Fairfax, VA 22030
Tel. 703-879-6650
Fax 703-776-9008
vchaney@chaneylawfirm.com