# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, and | |
| JARED EDWARD JAUREQUI, a/k/a Jared Edwards, | |
| *Defendants*. | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL OF *EX PARTE* AND SEALED MOTION FILED JULY 17, 2020

Pursuant to the Court's July 17, 2020 order (Dkt. 363), the United States elects to withdraw its motion filed *ex parte* and under seal earlier that day on July 17, 2020 (Dkt. 362).

Respectfully submitted,

Date:   July 21, 2020

G. Zachary Terwilliger
United States Attorney

_____/s/_____
Matthew A. Lamberti
Special Assistant United States Attorney,
  Eastern District of Virginia
Senior Counsel,
  Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Phone: (202) 514-1026
Email: Matthew.Lamberti@usdoj.gov

1

                /s/
Alexander P. Berrang
Monika Moore
William E. Fitzpatrick
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: Alexander.P.Berrang@usdoj.gov
Email: Monika.Moore4@usdoj.gov
Email: William.Fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) of the foregoing to the attorneys for the defendants.

By:         /s/
Matthew A. Lamberti
Special Assistant United States Attorney,
  Eastern District of Virginia
Senior Counsel,
   Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC 20530
Phone: (202) 514-1026
Email: Matthew.Lamberti@usdoj.gov