IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED
AUG 13 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-253 |
| | ) | |
| DALLMANN, ET AL. | ) | |
| | ) | |

PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 2:00 o'clock p.m., on the 17th day of September 2020, then and there to testify on behalf of the United States:

2 sets (4 blanks)

This 11th day of August, 2020.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: Digitally signed by ALEXANDER BERRANG

Alexander P. Berrang
Assistant United States Attorney

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.
DALLMANN, ET AL.
*Defendant*

Case No. 1:19-CR-253

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge T.S. Ellis, III., 9th floor |
|---|---|
| | Date and Time: September 17, 2020, 2:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 07/31/2020

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America, who requests this subpoena, are:

Alexander P. Berrang
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700