## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 09/17/2020
Time: 10:12 a.m. – 11:39 a.m. (01:27)
      11:50 a.m. – 01:00 p.m. (01:10)
      02:05 p.m. – 04:14 p.m.(02:09)
      04:30 p.m. – 05:58 p.m.(01:28)
      (06:14)
Official Court Reporter: Patricia Kaneshiro-Miller
Courtroom Deputy:   Tanya Randall

Before the Honorable: **T.S. ELLIS, III**
Case No.: 1:19-cr-00253-TSE

---

**UNITED STATES OF AMERICA**

v.

| | |
|---|---|
| **KRISTOPHER LEE DALLMANN (1)** | [ X ] |
| **DOUGLAS M. COURSON (3)** | [ _ ] Appearance Waived |
| **FELIPE GARCIA (4)** | [ _ ] Appearance Waived |
| **JARED EDWARD JAUREQUI (5)** | [ X ] |
| **PETER H. HUBER (6)** | [ _ ] Appearance Waived |
| **YOANY VAILLANT (7)** | [ _ ] Appearance Waived |

| Counsel for Government | Counsel for Defendant |
|---|---|
| Alexander Berrang | Vernida Chaney (1) |
| Matthew Lamberti | Pleasant Brodnax, III (3) |
| William Fitzpatrick | John Kiyonaga (4) |
| Loraine McNeill (Paralegal) | John Iweanoge (5) |
| | Christopher Amolsch (6) |
| | Lana Manitta (7) |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re: Evidentiary Hearing:**
    [ 197 ] Government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege
    [ 242 ] Defendant Kristopher Lee Dallmann's Motion to Suppress Statements and Evidence
    [ 275 ] Defendant, Jared Jaurequi's Motion and Incorporated Memorandum of Law to Suppress Statements and Evidence

- Matter argued.
- Court heard testimony from the government's witnesses: Curtis Cox, FBI Special Agent; Tim Lynch; FBI Special Agent; Alexis Brown, FBI Special Agent; Tracy Todd Tumbleson, Former FBI Supervisor Special Agent; John Kern, FBI CART Examiner.
- Court also heard testimony from the defendants' witnesses: Carol Fultz and Jacob Donnenberg (neighbors), represented by counsel, Laura Ungaro.
- Government's exhibits, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 16, 17, 20, 21 admitted for purposes of this hearing.
- Kristopher Dallmann (1) and Jared Jaurequi (5) remanded.