IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-253 |
| | ) | |
| KRISTOPHER LEE DALLMANN and | ) | |
| JARED EDWARD JAUREQUI, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter came before the Court for a hearing on petitions on supervised release and addenda alleging violations of the terms and conditions of pretrial release against Defendants Kristopher Lee Dallmann and Jared Edward Jaurequi. The probation officer alleges that Defendant Dallmann failed to report for substance abuse testing on May 15, 2020, June 7, 2020, and July 7, 2020. The probation officer alleges that Defendant Jaurequi: (i) used methamphetamines on January 17, 2020 and February 1, 2020 and tested positive for methamphetamines on February 6, 2020; (ii) failed to report for an appointment with the pretrial services officer on February 24, 2020, February 26, 2020, and March 3, 2020; and (iii) failed to report for substance abuse testing on numerous dates. Defendant Jaurequi has previously been sanctioned by the Court on two occasions for violating his conditions of pretrial release by using methamphetamines.

All of Defendant Dallmann's alleged failures to report for substance abuse testing and many of Defendant Jaurequi's alleged failures to report for substance abuse testing came after a May 12, 2020 Order requiring Defendants Dallmann and Jaurequi to report for substance abuse testing and informing them that the Court had confirmed that the testing facility was complying

with recommended COVID procedures.

On July 9, 2020, defendants' pretrial release was revoked and bench warrants for defendants issued when, in contravention of a June 12, 2020 Order and a June 16, 2020 Order, defendants failed to appear for a hearing on their motions to suppress and on their alleged violations of the conditions of their pretrial release. Defendants were arrested in Las Vegas, Nevada pursuant to the bench warrants on July 16, 2020.

A hearing was held on September 18, 2020 at 1 p.m. on the petitions and addenda alleging that defendants violated the terms and conditions of their pretrial release. The government called four witnesses to testify at that hearing: (i) Pretrial Services Officer Emily McKillip; (ii) Pretrial Services Officer Alicia Coughlin; (iii) American Airlines employee Jean Ruiz; and (iv) Deputy U.S. Marshal Alfredo Despy. All of the witnesses were credible and truthful in their recitation of defendants' behavior. At the hearing, defendants, represented by counsel, admitted to their failure to report for drug testing and Defendant Jaurequi admitted to using methamphetamines.

Based on defendants' admissions and the testimony of the government's witnesses, the Court **FINDS** by a preponderance of the evidence that defendants violated the terms and conditions of their pretrial release as alleged in the petitions and addenda.

Accordingly, for the reasons stated above and for the reasons stated from the Bench,

It is hereby **ORDERED** that Defendant Dallmann is **REMANDED** to the custody of the United States Marshal's Service until **10:00 a.m. on Thursday, October 15, 2020**, at which time defendant must promptly return to Las Vegas, Nevada at the government's expense, and all other terms of Defendant Dallmann's conditions on bond remain in full force and effect.

It is further **ORDERED** that Defendant Jaurequi is **REMANDED** to the custody of the

2

United States Marshal's Service until **10:00 a.m. on Tuesday, December 1, 2020**, at which time defendant must promptly return to Las Vegas, Nevada at the government's expense. All other terms of Defendant Jaurequi's conditions on bond remain in full force and effect, except that the condition that Defendant Jaurequi avoid contact with his co-defendants in modified as follows:

- Defendant Jareuqui may have contact with Co-Defendant Douglas Courson, who resides in a home owned by Defendant Jaurequi's husband, Defendant Dallmann. Defendant Jaurequi may only have contact with Defendant Courson regarding any cleaning or maintenance that is required for the upkeep of the residence.

It is further **ORDERED** that Defendants Dallmann and Jaurequi are each subject to a $50,000 appearance bond, for which they took the bond oath at the September 18, 2020 hearing.

It is further **ORDERED** that Defendant Dallmann and his counsel and Defendant Jaurequi and his counsel are **DIRECTED** to advise the Court in pleadings filed no later than **5:00 p.m. on Monday, January 4, 2021** whether defendants Dallmann and Jaurequi intend to appear voluntarily in the Eastern District of Virginia for their January 19, 2021 trial. Defense counsel are **DIRECTED** to include in their pleadings: (i) defendants' travel itinerary showing their flights from Las Vegas, Nevada to Alexandria, Virginia; and (ii) affidavits from each defendant, sworn under penalty of perjury, stating that the defendants intend to travel to Alexandria, Virginia in order to be here in advance of the trial scheduled for January 19, 2021. In the event a defendant and his counsel indicate in a pleading that the defendant will not voluntarily appear in the Eastern District of Virginia for the January 19, 2021 trial, a bench warrant will issue for his arrest and he will be transported to this District for trial.

The Clerk is directed to send a copy of this Order to all counsel of record, the United States Marshals Service, the Probation Office, and the Pretrial Services Office.

Alexandria, Virginia
September 21, 2020

/s/

T. S. Ellis, III
United States District Judge

3