# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:19-CR-253 |
| | ) |
| KRISTOPHER LEE DALLMANN, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter came before the Court for a hearing on defendants' Motions to Suppress and government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege on September 17, 2020. The parties appeared by counsel and presented argument, and the motions were taken under advisement.

Accordingly,

It is hereby **ORDERED** that defendants' Motions to Suppress (Dkt. 242, 275) and the government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege (Dkt. 197) are **TAKEN UNDER ADVISEMENT**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 23, 2020

/s/
T. S. Ellis, III
United States District Judge