IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-253 |
| | ) | |
| KRISTOPHER LEE DALLMANN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In an Order dated September 21, 2020, Defendant Kristopher Lee Dallmann was remanded to the custody of the United States Marshals Service until 10:00 a.m. on Thursday, October 15, 2020. (Dkt. 412). The U.S. Marshals Service has informed the Court that defendant's flight to return to his home in Las Vegas, Nevada is scheduled for 11:30 a.m. on October 15, 2020, and has requested that his release be moved forward to allow defendant to catch his flight.

Accordingly,

It is hereby **ORDERED** that the U.S. Marshals Service is **DIRECTED** to release Defendant Kristopher Lee Dallmann from detention at **9:00 a.m. EST on Thursday, October 15, 2020**.

The Clerk is directed to provide a copy of this Order to all counsel of record and to the U.S. Marshals Service.

Alexandria, Virginia
October 14, 2020

/s/
T. S. Ellis, III
United States District Judge