# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 1:19-CR-253-TSE |
| | : |
| KRISTOPHER DALLMANN | : |
| Defendant. | : |

## **O R D E R**

This matter comes before the Court on Defendant's Dallmann motion to modify defendant's travel date. Defendant seeks to modify the required date of travel to the Eastern District of Virginia from August 10, 2021 to August 16, 2021 or alternatively, August 11, 2021.

Accordingly,

It is hereby **ORDERED** that Defendant Dallmann's motion to modify (Dkt. 623) is **GRANTED**. The United States Marshals Service is **DIRECTED** to arrange travel for the Defendant Dallmann to arrive in Alexandria, VA on August _____, 2021.

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to the United States Marshals Service.

_____
Honorable T.S. Ellis, III
United States District Judge

Date: _____
Alexandria, Virginia