## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case no. 1:19-CR-253 |
| | : | |
| KRISTOPHER DALLMANN | : | Honorable T.S. Ellis, III |
| | : | |
| Defendant. | : | |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the counsel for Defendant, Kristopher Dallmann, and hereby moves this Honorable Court for leave to withdraw as counsel of record in this matter.

Counsel serves as court-appointed counsel to Mr. Dallmann pursuant to the Criminal Justice Act. On August 11, 2021, the Virginia General Assembly duly elected counsel to a judgeship on the Court of Appeals of Virginia for a term commencing on September 1, 2021.[1] Thus, the Cannons of Judicial Conduct for the Commonwealth of Virginia prohibits counsel from the practice of law in a representative capacity.

WHEREFORE, counsel for Defendant Kristopher Dallmann respectfully requests this Honorable Court grant this motion, relieve counsel as court-appointed counsel of record, and appoint new counsel pursuant to the Criminal Justice Act.

> Respectfully Submitted,
> KRISTOPHER DALLMANN
> By Counsel

---

[1] On August 13, 2021, at a pretrial and status conference, counsel said that the judicial oath would be administered prior to the term commencement date upon receipt of the Commission. After the hearing, counsel received additional information clarifying that the oath can be administered on, not before, the term commencement date.

/s/
Vernida R. Chaney
Chaney Law Firm PLLC
4120 Leonard Drive
Fairfax, VA 22030
Tel. 703-879-6650
Fax 703-776-9008
vchaney@chaneylawfirm.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 15, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties:

                /s/
               Vernida R. Chaney
               Chaney Law Firm PLLC
               4120 Leonard Drive
               Fairfax, VA 22030
               Tel. 703-879-6650
               Fax 703-776-9008
               vchaney@chaneylawfirm.com